IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
                        Plaintiff,  )
                                    )
            vs.                     )
                                    )
JAMES STOECKL,                      )       Case No. 05-M-6055-CJP
                                    )
                        Defendant.  )

## ORDER

Upon consideration and for good cause shown, the government's Amended Motion for Pre-Trial Psychiatric Examination **(Doc. 10)** is **GRANTED as follows**:

The defendant having raised the issue of his insanity at the time of the offense, pursuant to Title 18, United States Code, Section 4242(a) and because it is prudent to examine defendant's mental competency to stand trial under Title 18, United States Code, Section 4241(a), it is hereby ordered that a psychiatric or psychological examination of the defendant, pursuant to Title 18, United States Code, Section 4247(b), be conducted by a licensed or certified psychiatrist or psychologist at an institution to be designated by the Attorney General.  The examination shall be completed within 45 days unless an extension of time is granted by the Court.  A psychiatric or psychological report, or both, shall be filed with this Court in accordance with Title 18, United States Code, Section 4247(c), with copies to counsel, which shall include:

1.    The defendant's history and present symptoms;

2.    A description of the psychiatric, psychological, and medical tests that were employed and their results;

1

3.      The examiner's findings; and

4.      The examiner's opinions as to diagnosis, prognosis, and whether the defendant

was insane at the time of the offense charged, and if not insane at the time of the

offense, if defendant is suffering from a mental disease or defect rendering him

mentally incompetent to the extent that he is unable to understand the nature and

consequence of the proceeding against him to assist properly in his defense.

The defendant is ordered committed to the Attorney General for placement in a suitable

facility for a reasonable period, but not to exceed 45 days.

The 45 days allowed for examination, under this order shall begin on the day the

defendant physically reports to the designated institution.

**IT IS SO ORDERED.**

**DATE:  May 3, 2005.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. Magistrate Judge**

2